UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PERRIDON,                     | 1:04-cv-06085-LJO-DLB-P |
|     Plaintiff,   | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 14) |
| vs.                                  | **ORDER DISMISSING ACTION** |
| MELLO, et al.,                       | |
|     Defendants. / | |

    Plaintiff, Steven Perridon ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 1, 2007, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On October 17, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed October 1, 2007, are ADOPTED IN FULL; and,

2. This action is DISMISSED for plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:    December 7, 2007**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2